JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon Corporation dba Cherry Aerospace; SANJEEV CHOPRA, an Individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 8:22-cv-00226-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR ARBITRATION AND STAY OF ACTION PENDING ARBITRATION (Doc. 13)** |

Pursuant to the parties' Joint Stipulation for Arbitration and Stay of Action Pending Arbitration (Doc. 13), IT IS HEREBY ORDERED:

1. Plaintiff Raul Alvarez shall submit his claims at issue in the above-referenced action to final and binding arbitration pursuant to the Arbitration Agreement presented to Plaintiff on May 27, 2016 which became binding on Plaintiff when he failed to opt out of its terms;

2. Plaintiff Raul Alvarez's action is hereby stayed pending arbitration; and

3. This Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

DATED: March 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

-1-